1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ROCHELLE WEISSMANN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA, a California Corporation; AT&T ENTERPRISES LLC, a California Limited Liability Company, and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:25-cv-00836-SHK <br><br> **[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER** <br><br> Magistrate: Hon. Shashi H. Kewalramani <br> Courtroom <br><br> Complaint Filed: February 25, 2025 <br> Trial Date:      Not Set |

The Court hereby grants Plaintiff Rochelle Weissmann, Defendant AT&T Mobility Services LLC, and Defendant Pacific Bell Telephone Company's Stipulated Protective Order.

FOR GOOD CAUSE SHOWN, the Court hereby approves this Stipulated Protective Order.

IT IS SO ORDERED.

DATED: May 20, 2025

_____

Hon. Shashi H. Kewalramani
United States District/Magistrate Judge