UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:25-cv-00836-SHK | Date: | June 3, 2025 |
|---|---|---|---|
| Title: | *Rochelle Weissman v. Pacific Bell Telephone Co., et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER DENYING PLAINTFF'S REMAND MOTION**

On April 25, 2025, Plaintiff Rochelle Weissman ("Plaintiff") moved ("Motion" or "Mot.") to remand this case to the Riverside Superior Court.  Electronic Case Filing Number ("ECF No.") 8, Mot.  On May 7, 2025, Defendant AT&T Mobility Services LLC ("Defendant") opposed Plaintiff's Motion.  ECF No. 12, Opp'n.  On May 30, 2025, Plaintiff filed a Notice of Withdrawal of Motion for Remand ("Notice"), wherein, Plaintiff withdrew her Motion.  ECF No. 19, Notice.

In light of Plaintiff's Notice, Plaintiff's Motion is hereby **DENIED** as moot.

**IT IS SO ORDERED.**